No. 2009–1443.

United States Court of Appeals, Federal Circuit.

Sept. 11, 2009.

**Deborah J. JACKSON, Claimant–Appellant,**

v.

**Eric K. SHINSEKI, Secretary of Veterans Affairs, Respondent–Appellee.**

No. 2009–7112.

United States Court of Appeals, Federal Circuit.

Sept. 11, 2009.

---

* It is not the court's usual practice to designate a voluntary dismissal as being with or without prejudice.

594

Kenneth M. Carpenter, Carpenter, Chartered, Topeka, KS, for Claimant–Appellant.

Sameer P. Yerawadekar, Kirk T. Manhardt, Department of Justice, David R. McLenachen, Christa A. Childers, Department of Veterans Affairs, Washington, DC, for Respondent–Appellee.

ON MOTION

*ORDER*

Upon consideration of Deborah J. Jackson's unopposed motion to voluntarily dismiss her appeal,

IT IS ORDERED THAT:

(1) The motion is granted.

(2) Each side shall bear its own costs.